UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In re

CELSIUS NETWORK LLC, *et al.*,
         Debtors.

24 Civ. 2063 (CM)

----------------------------------------------------------X

CELSIUS MINING LLC,
         Plaintiff,

vs.

MAWSON INFRASTRUCTURE GROUP INC.,
LUNA SQUARES LLC, and COSMOS
INFRASTRUCTURE LLC,

         Defendants.

----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/24

## ORDER

McMahon, J.:

IT IS HEREBY ORDERED:

    1. All proceedings before the Bankruptcy Court with respect to the underlying adversary proceeding, *Celsius Mining LLC v. Mawson Infrastructure Group Inc., et al.*, Adv. Pro. No. 23-01202, are stayed pending appeal from Judge Glenn's February 27, 2024 Opinion and Order. *Coinbase, Inc. v. Bielski*, 599 U.S. 736 (2020).

1

2. Appellants Mawson Infrastructure Group, Luna Squares LLC, and Cosmos Infrastructure LLC (collectively "Appellants" or "the Mawson Entities") have until April 2, 2024 at 5:00 PM to submit the brief in support of their appeal.

3. Appellee Celsius Mining LLC has until April 8, 2024 at 5:00 PM to submit its responsive brief.

4. Appellants have until April 9, 2024 at 5:00 PM to submit their reply brief.

5. The Court strongly encourages the parties simply to file the briefs they submitted in their proceedings before Judge Glenn, with an addendum of no more than one page per nonarbitrable claim that addresses the issue of whether each such claim does or does not "relate in any way" to the Co-Location Agreement.

6. There will be no oral argument.

7. The Court will issue a written decision.

8. These dates will not be extended for any reason.

Dated: March 27, 2024

_____
U.S.D.J.

BY ECF TO ALL COUNSEL